

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 891010
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6698

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-mj-139-NJK |
| Plaintiff, | |
| vs. | **MOTION TO DISMISS CRIMINAL COMPLAINT AND ORDER** |
| LILIA GUZMAN, | |
| Defendants. | |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and AMBER M. CRAIG, Assistant United States Attorney, and files this Motion for leave to dismiss the Criminal Complaint, pursuant to Fed. R. Crim. P. 48(a), as against Defendant Lilia Guzman only. Upon review of the entire record, the United States has determined that, in the best interests of justice, the foregoing Criminal Complaint should be dismissed against Defendant Guzman without prejudice.

On February 25, 2014, the Defendant was arrested pursuant to the arrest warrant issued in the above-entitled matter. During the arrest, she suffered a heart attack and was transported to Sunrise Hospital, where she underwent surgery. She is currently in the Intensive Care Unit of Sunrise Hospital. According to medical professionals at Sunrise, the Defendant will be on a ventilator for several days and has fluid in her lungs. As such, it is unknown when the Defendant will be sufficiently lucid and in a medical state that would allow her to make her initial appearance in this matter.

1

WHEREFORE, the United States requests that this Court confer its leave, as required under Rule 48(a) of Federal Rules of Criminal Procedure, and grant this motion to dismiss the Criminal Complaint, as against Defendant Guzman only, without prejudice.

DATED this 26th day of February, 2014.

        Respectfully Submitted,
        DANIEL G. BOGDEN
        United States Attorney

        */s/ Amber M. Craig*
        AMBER M. CRAIG
        Assistant United States Attorney

IT IS SO ORDERED.
DATED: FEBRUARY 26, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

2